IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| CHARLES R. KLONE, AND Husband and Wife; and REGINA KLONE, Husband and Wife; | 8:16CV78 |
|---|---|
| Plaintiffs, | ORDER |
| vs. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

IT IS ORDERED:

1) Counsel shall confer and, on or before May 23, 2016, they shall jointly file a Form 35 (Rule 26 (f)) Report, a copy of which can be found at http://www.ned.uscourts.gov/forms in Word and WordPerfect format.

2) If one or more of the parties believes a planning conference is needed to complete the Rule 26(f) Report, or if the parties cannot agree on one or more of the deadlines identified or case progression issues raised in the Rule 26(f) Report, on or before May 16, 2016 a party shall contact my chambers at (402) 437-1670, or by email addressed to zwart@ned.uscourts.gov, to arrange a conference call.

April 25, 2016.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge