IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHARLES R. KLONE and REGINA KLONE, Husband and Wife,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | 8:16-CV-78<br><br>JUDGMENT |

On the parties' Motion and Stipulation for Dismissal (filing 33), this action is dismissed with prejudice, each party to bear its own costs, and complete record waived.

Dated this 20th day of December, 2016.

BY THE COURT:

*[signature]*

John M. Gerrard
United States District Judge